SALLY HANSEN, APPELLANT, V.
GERALD MAGNUS HANSEN, APPELLEE.

316 N.W.2d 68

Filed February 19, 1982.   No. 43758.

Wilbur C. Smith of Smith & Hansen for appellant.

John F. Irwin of Galvin & Irwin for appellee.

Heard before KRIVOSHA, C.J., WHITE, and HASTINGS, JJ., and BROWER and EMPSON, District Judges.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record de novo as it is required to do, finds that the decree of the trial court should be affirmed except that appellant should not be required to pay interest on the appellee's equity in the family home prior to the sale as contemplated by the decree. Appellant's counsel is awarded the sum of $200 as an attorney fee for appeal in this court.

AFFIRMED AS MODIFIED.